```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAVELIN GLOBAL COMMODITIES (UK)                             :
LTD.,                                                       :
                                                            :
                                   Plaintiff,               :        21-cv-8141 (VSB)
                                                            :
                   -against-                                :           ORDER
                                                            :
MICHAEL A. BLUBAUGH,                                        :
                                                            :
                                   Defendant.               :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 1, 2021, (Doc. 1), and filed an affidavit of service on October 15, 2021, (Doc. 6). On November 5, 2021, Plaintiff filed a proposed stipulation and order extending Defendant's time to respond to Plaintiff's complaint to November 21, 2021, (Doc. 7), which I endorsed, (Doc. 8). On November 18, 2021, Plaintiff again filed a proposed stipulation and order extending Defendant's time to respond to December 6, 2021, (Doc. 9), which I endorsed, (Doc. 10). The deadline for Defendant to respond to Plaintiff's complaint was December 6, 2021. (*See* Doc. 10.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intend to seek a default judgment it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 21, 2021. If Plaintiff fail to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 7, 2021
               New York, New York

_____
VERNON S. BRODERICK
United States District Judge