```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAVELIN GLOBAL COMMODITIES (UK)                             :
LTD,                                                        :
                                                            :
                            Plaintiff,                      :      21-cv-8141 (VSB)
                                                            :
             -against-                                      :           ORDER
                                                            :
MICHAEL A. BLUBAUGH,                                        :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  On January 7, 2022, the parties filed a proposed case management plan. (Doc. 19.) The parties wrote, "All parties consent to conducting all further proceedings before a United States Magistrate Judge, including motions but excluding trial, pursuant to 28 U.S.C. § 636(c)." (*Id.* at ¶ 1.) However, the parties have not submitted the AO 85A Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge. If the parties intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file the AO 85A form, available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-4.pdf, on or before January 13, 2022. If the parties do not intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file a corrected proposed case management plan and scheduling order, on or before January 13, 2022.

SO ORDERED.

Dated: January 10, 2022
   New York, New York

                              Vernon S. Broderick
                              United States District Judge